# United States District Court

## Southern District of Georgia

NGOZI OGBO ET AL.

_____
Plaintiff

Case No. 1:23-cv-00017-JRH-BKE

v.  CSX TRANSPORTATION INC, ET AL.

_____
Defendant

Appearing on behalf of

PLAINTIFFS
_____
(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __23rd__ day of __February__, __2023__.

_____
UNITED STATES DISTRICT MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | ONYI EKWEGBALU, ESQ. |
| Business Address: | THE EKWEGBALU LAW FIRM, P.C. |
| | Firm/Business Name |
| | 235 PEACHTREE STREET, SUITE 400, |
| | Street Address |
| | ATLANTA   GA   30303 |
| | Street Address (con't)   City   State   Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2   City   State   Zip |
| | 4048803340       280711 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | EKWELAW@GMAIL.COM |