IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| NGOZI OGBO, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CV 123-017 |
| CSX TRANSPORTATION, INC., et al., | ) ) ) | |
| Defendants. | ) | |

**O R D E R**

When Andrew J. Steif filed his original motion for leave to appear *pro hac vice* in the above captioned case, (doc. no. 16), the Clerk of Court issued a Notice of Filing Deficiency, (doc. no. 17). Mr. Steif corrected the deficiencies in a second motion for leave to appear *pro hac vice*, (doc. no. 22), which the Court granted, (doc. no. 23). As the Clerk of Court accepted a second filing fee on a single request to proceed *pro hac vice*, the Court **DIRECTS** the **CLERK** to refund the overpayment and **TERMINATE** the original motion, (doc. no. 16).

SO ORDERED this 20th day of March, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA